UNITED STATES BANKRUPTCY COURT

## Northern Georgia

| IN RE:<br>Shani Talibah McShay | CASE NO 25-41593<br><br>CHAPTER 13 |
|---|---|

WITHDRAWAL OF CLAIM

Please be advised that TitleMax of Gerogia,INC withdraws Claim 1 filed on 10/15/2025

/s/Tricia Donnelly

Tricia Donnelly

TitleMax of Georgia, Inc

2312 E TRINITY MILLS RD STE 100

CARROLLTON TX 75006

Phone 912-503-2810

Email:

bkintake@ccfi.com