**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| SHANI TALIBAH MCSHAY, | ) | |
| | ) | CASE NO. 25-41593-BEM |
| Debtor. | ) | |

**NOTICE OF MOTION TO SELL**

SHANI TALIBAH MCSHAY has filed a Motion to Sell on June 10, 2026.  Pursuant to Fifth Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice.  **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk** at Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303 and serve a copy on the Debtor's attorney, Burrow & Associates, LLC, 2280 Satellite Blvd., Bldg. A, Suite 100, Duluth, Georgia 30097, and any other appropriate persons by the objection deadline.  The response or objection must explain your position and be actually received by the Bankruptcy Court within the required time.

A hearing on the pleading has been scheduled for July 15, 2026.  The Court will hold a hearing on the Motion to Sell at 10:00 a.m. on July 15, 2026, in Room 342, United States Courthouse, 600 East First Street, Rome, Georgia 30161, which must be attended in person, unless the Court orders otherwise.

If an objection or response is timely filed and served, the hearing will proceed as scheduled.  **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing.  If no objection is timely filed, but no order is entered granting the relief as requested at least one business day prior to the scheduled hearing, the hearing will be held as scheduled.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

Dated this  10th  day of  June , 2026.

Respectfully Submitted by,
BURROW & ASSOCIATES, LLC


_____/s/ Kevin Grindlay_____
Kevin Grindlay

Attorney for the Debtor
Georgia Bar No. 350009
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
bankruptcy@legalatlanta.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| SHANI TALIBAH MCSHAY, | ) | |
| | ) | CASE NO. 25-41593-BEM |
| Debtor. | ) | |

**MOTION TO SELL**

COMES NOW, Shani Talibah McShay, Debtor, by and through the attorney of record, and files this Motion To Sell, and shows the Court the following:

1.

Debtor filed this voluntary petition for relief as a Chapter 13 on October 13, 2025.

2.

The Debtor owns a 2005 Jaguar X-Type (the "vehicle"), which was collateral on a title loan Debtor had with TitleMax.

3.

The Debtor's mother recently paid off Debtor' remaining $683.00 balance owed to TitleMax as a gift. Debtor then sold the vehicle on May 17, 2026, for $800.00 to Innis Shannon, whose address is 174 Scott Drive in Marietta, GA 30067. The bill of sale is attached as Exhibit "A." Debtor reimbursed her mother for the $673.00 and used the remaining $127.00 to pay for gas (for her car), shampoo, food, and some items from a beauty supply store.

4.

All the foregoing actions were taken without consulting counsel, but Debtor now understands that she is not permitted to sell any property or retain funds without first receiving Court approval.

5.

Debtor is requesting that this Court ratify the aforementioned vehicle sale for $800.00 to Innis Shannon. Debtor is also requesting the Court to ratify the retention of said funds to

reimburse Debtor's mother $673.00 and to use the remaining $127.00 for gas for Debtor's vehicle, shampoo, food, and some beauty items.

WHEREFORE, the Debtor prays that the Honorable Court:

a. Retroactively approve and ratify the aforementioned May 17, 2026, vehicle sale for $800.00 to Innis Shannon;

b. Retroactively approve the retention of said funds to reimburse Debtor's mother $673.00 and to use the remaining $127.00 for gas for Debtor's vehicle, shampoo, food, and some beauty items

c. Grant such other and further relief that the Court deems just and proper.

This  10th  day of  June , 2026.

Respectfully Submitted by,
BURROW & ASSOCIATES, LLC

/s/ Kevin Grindlay
Kevin Grindlay
Attorney for the Movant
Georgia Bar No. 350009
2280 Satellite Blvd
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
bankruptcy@legalatlanta.com

# Exhibit A

Seller Signature: _____

Full Print Name: Shani McShay

Date: 5-16-26

## CONDITION OF THE VEHICLE

The Seller (Shani Mcshay) hereby affirms that the property indicated above is _____. In light of the fact that the buyer has either inspected the vehicle or has had a chance to do so but decided against doing so, the Buyer ( ~~Shani~~ ) accepts the vehicle in its current state.

## AGREEMENT

The Seller (Shani Mcshay) hereby agrees to sell and give the Buyer full ownership of the property indicated above (vehicle) for and in exchange for the total amount of $ 500.00 US dollars and the acknowledgment of receipt is made here. This amount reflects the purchase price for the property that the seller and the buyer have mutually agreed upon. The buyer will make payment to the seller using the following payment method(s):

● Cash

## TAXES

The parties agree that sales taxes and any state taxes are of the exchange.

## CONDITIONS

Shani Mcshay (the "Seller") certifies that, to the best of their knowledge, the information provided above regarding the Property is correct. The undersigned Buyer acknowledges receipt of this agreement and agrees that the above-mentioned property is being offered with no stated or implied assurances or warranties. The buyer acknowledges that the property is being sold "as is". Sold AS IS Needs Navigation Board Battery And Breaks

## WARRANTY

The seller guarantees that all liens and encumbrances have been removed from the property and that the seller is the rightful owner. The seller is fully authorized to sell and deliver the

# VEHICLE BILL OF SALE

## THE PARTIES

Buyer: _Innis Shannon_ with a mailing address of ___174 Scott Dr Marietta GA 30067___, _____ (the "Buyer"), hereby accepts the following conditions for purchasing the property to the Seller:

Seller: Shani Mcshay with a mailing address of 113 Fate Ct, Dallas, Georgia, 30157 (the "Seller"), hereby accepts the following conditions for selling the property to the Buyer:

## VEHICLE DESCRIPTION

Brand: _____

Model: _____

Color: _____

Year: _____

Body Type: Jaguar

Vehicle Identification Number (VIN): Sajwa54c05we40060

Plate number: Ytc551

Odometer: 156,000

## ODOMETER DISCLOSURE STATEMENT

FEDERAL LAW requires that you state the mileage and condition of the vehicle described above upon transfer of ownership. False information or failure to complete this disclosure declaration may result in penalties and/or imprisonment.

Me, the seller (Shani Mcshay) hereby certify that the vehicle's ACTUAL MILEAGE is, to the best of my knowledge, precisely 156,000

Buyer Signature: _____

Full Print Name: ___Innis Shannon___

Date: ___5-17-24___

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June, 2026, I electronically filed the foregoing Motion to Sell Real Property and Notice of Motion to Sell Real Property, Deadline to Object and Hearing with the Clerk of Court using the Bankruptcy Court's Electronic Case Filing program, which automatically sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

K. Edward Safir
Michael F. Burrow

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid, on the following parties at the address shown for each.

Shani Talibah McShay
113 Fate Ct
Dallas, GA  30157

All parties on the attached mailing matrix.

This  10th  day of  June , 2026.

Respectfully Submitted by,
BURROW & ASSOCIATES, LLC

            /s/ Kevin Grindlay
Kevin Grindlay
Attorney for the Debtor
Georgia Bar No. 350009
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
bankruptcy@legalatlanta.com

Label Matrix for local noticing
113E-4
Case 25-41593-bem
Northern District of Georgia
Rome
Wed Jun 10 17:57:30 EDT 2026

(p)1ST FRANKLIN FINANCIAL CORPORATION
PO BOX 880
TOCCOA GA 30577-0880

AmeriCredit Financial Services, Inc. DBA GM
P O Box 183853
Arlington, TX 76096-3853

Michael F. Burrow
Burrow & Associates, LLC
Building A, Suite 100
2280 Satellite Blvd.
Duluth, GA 30097-5000

CCI/Contract Callers Inc
Attn: Bankruptcy Dept
501 Greene St, 3rd Floor, Suite 302
Augusta, GA 30901-4415

Comenitybank/New York
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Department of Education
P. O. Box 740283
Atlanta, GA 30374-0283

Fareed LLC
2345 Greythorne Commons
Douglasville, GA 30135-8104

Fareed, LLC
Weinstein & Black, LLC
3050 Amwiler Rd., Ste 200-C
Atlanta, GA 30360-2835

Fingerhut
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

GM Financial
Attn Bankruptcy
PO Box 183853
Arlington, TX 76096-3853

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Sonya Buckley Gordon
K. Edward Safir, Standing Chapter 13 Tru
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303-1100

Kevin Grindlay
Burrow & Associates, LLC
Bldg. A Suite 100
2280 Satellite Blvd
Duluth, GA 30097-5000

IH3 Property Georgia
C/O Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092-2865

IH3 Property Georgia
C/O Ryan LLC
P.O. Box 4900
Scottsdale, AZ 85261-4900

IH3 Property Georgia LP
The Totten Firm
5579 Chamblee-Dunwoody Rd
Ste B-136
Atlanta, GA 30350 United States 30338-4154

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Mark & Wendy Sheldon
73 Old Burnt Hickory Rd.
Acworth, GA 30101-8691

Shani Talibah McShay
113 Fayett Ct
Dallas, GA 30157

Midland Credit Management
8875 Aero Drive
Suite 200
San Diego, CA 92123-2255

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

NetCredit
NetCredit Customer Support Team, Attn: B
175 W. Jackson Blvd., Suite 600
Chicago, IL 60604-2948

Online Collections
Attn: Bankruptcy
Po Box 1489
Winterville, NC 28590-1489

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303-1100

(p)TMX FINANCE LLC FORMERLY TITLEMAX
15 BULL STREET
SUITE 200
SAVANNAH GA 31401-2686

Titlemax of Georgia, Inc.
2312 E Trinity Mills Rd, Ste 100
Carrollton TX 75006-1955

Matthew Franklin Totten
The Totten Firm, LLC
5579 Chamblee Dunwoody Rd
Ste B-136
Atlanta, GA 30338-4154

Transworld System Inc
Attn: Bankruptcy
Po Box 15618
Wilmington, DE 19850-5618

US Department of Education
P O Box 16448
St Paul, MN  55116-0448

USAA Federal Savings Bank
Attn: Bankruptcy
9800 Fredericksburg Road
San Antonio, TX 78288-0002

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309


Michael B. Weinstein
Weinstein & Black, LLC
3050 Amwiler Road, Suite 200-C
Atlanta, GA 30360-2835

Wells Fargo Bank NA
Attn: Bankruptcy
P.O.Box 393
Minneapolis, MN 55480-0393

Wells Fargo Bank, N.A., Wells Fargo Card Ser
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


1st Franklin
Attn: Bankruptcy
135 E. Tugalo Street
Toccoa, GA 30577

Georgia Department of Revenue
Bankruptcy
2595 Century Parkway NE, Suite 339
Atlanta, GA 30345

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541


(d)Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

TitleMax
15 Bull Street
Suite 200
Savannah, GA 31401


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)AmeriCredit Financial Services, Inc. dba G
P O Box 183853
Arlington, TX 76096-3853

End of Label Matrix
Mailable recipients    35
Bypassed recipients     1
Total                  36