UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ROME DIVISION


IN RE:  SHANI TALIBAH MCSHAY,     { CHAPTER 13

                                   {

        DEBTOR                   { CASE NO. R25-41593-BEM

                                   {

                                   { JUDGE  ELLIS-MONRO

### SUPPLEMENTAL OBJECTION TO CONFIRMATION

COMES NOW K. EDWARD SAFIR, CHAPTER 13 TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

1.  The step provisions in Section 2.1 of the amended plan filed June 9, 2026 omit the plan payment frequency.

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

                                _____/s/_____
                                Sonya Buckley Gordon, Attorney
                                for Chapter 13 Trustee
                                GA Bar No. 140987

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
sonyab@atlch13tt.com

R25-41593-BEM

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing pleading using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Burrow & Associates, LLC

I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

Shani Talibah McShay
113 Fayette Court
Dallas, GA 30157

This 11th day of June, 2026

Respectfully submitted,

_/s/_____
Sonya Buckley Gordon, Attorney
for the Chapter 13 Trustee
GA Bar No. 140987

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
sonyab@atlch13tt.com

2.