**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| SHANI TALIBAH MCSHAY, | ) | CASE NO. 25-41593-BEM |
| | ) | |
| Debtor. | ) | |

**NOTICE OF HEARING ON CONFIRMATION OF MODIFIED PLAN AND OF
DEADLINE FOR OBJECTIONS TO CONFIRMATION OF MODIFIED PLAN**

**PLEASE TAKE NOTICE** that Shani Talibah McShay has filed a Preconfirmation Modification to the Chapter 13 Plan. The preconfirmation modification may materially and adversely change the treatment or rights of creditors from those set forth in the Chapter 13 Plan previously filed.

**<u>Your rights may be affected</u>. You should read the preconfirmation modification carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you oppose confirmation of the Chapter 13 Plan, as modified, and do not want the court to confirm it, or if you want the Court to consider your views, then not less than seven days before the hearing on confirmation scheduled below, you or your attorney must:

(1) File with the court a written objection, explaining your positions and views as to why the court should not confirm the Chapter 13 Plan, modified. The written objection must be filed at the following address:

**United States Courthouse, 75 Ted Turner Drive, SW, Room 1340, Atlanta, GA 30303**

If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will actually receive it not less than seven days before the hearing on confirmation scheduled below.

(2) Mail or deliver a copy of your written objection to the Debtor's attorney at the address stated below and to the Chapter 13 Trustee. You must attach a certificate of service to your written objection, stating when, how, and on whom (Including addresses) you served the objection.

If you or your attorney do not file a timely objection, the court may decide that you do not oppose confirmation of the Chapter 13 plan, as modified.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on the Motion at 9:30 a.m. on July 15, 2026, in Room 342, United States Courthouse, 600 East First Street, Rome, Georgia 30161, which must be attended in person, unless the Court orders otherwise.

This  13th day of June , 2026.

Respectfully Submitted by,
BURROW & ASSOCIATES, LLC


_____/s/_____
Kevin Grindlay
Attorney for the Debtor
Georgia Bar No. 350009
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
bankruptcy@legalatlanta.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 13th day of June, 2026, I electronically filed the foregoing Notice of Hearing on Confirmation of Modified Plan and of Deadline for Objections to Confirmation of Modified Plan with the Clerk of Court using the Bankruptcy Court's Electronic Case Filing program, which automatically sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

K. Edward Safir
Michael F. Burrow

I further certify that on this day I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid, on the following parties at the address shown for each.

Shani Talibah McShay
113 Fate Ct
Dallas, GA  30157

TitleMax of Georgia, Inc.
Attn: Lori Mobley
2312 E Trinity Mills Rd, Ste 100
Carrollton, TX 75006

All parties on the attached mailing matrix.

This 13th day of June, 2026.

Respectfully Submitted by,
BURROW & ASSOCIATES, LLC

_____/s/_____
Kevin Grindlay
Attorney for the Debtor
Georgia Bar No. 350009
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
bankruptcy@legalatlanta.com

Label Matrix for local noticing
113E-4
Case 25-41593-bem
Northern District of Georgia
Rome
Sat Jun 13 17:26:41 EDT 2026

(p)1ST FRANKLIN FINANCIAL CORPORATION
PO BOX 880
TOCCOA GA 30577-0880

AmeriCredit Financial Services, Inc. DBA GM
P O Box 183853
Arlington, TX 76096-3853

Michael F. Burrow
Burrow & Associates, LLC
Building A, Suite 100
2280 Satellite Blvd.
Duluth, GA 30097-5000

CCI/Contract Callers Inc
Attn: Bankruptcy Dept
501 Greene St, 3rd Floor, Suite 302
Augusta, GA 30901-4415

Comenitybank/New York
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Department of Education
P. O. Box 740283
Atlanta, GA 30374-0283

Fareed LLC
2345 Greythorne Commons
Douglasville, GA 30135-8104

Fareed, LLC
Weinstein & Black, LLC
3050 Amwiler Rd., Ste 200-C
Atlanta, GA 30360-2835

Fingerhut
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303-0820

GM Financial
Attn Bankruptcy
PO Box 183853
Arlington, TX 76096-3853

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

Sonya Buckley Gordon
K. Edward Safir, Standing Chapter 13 Tru
Suite 1600
285 Peachtree Center Ave, NE
Atlanta, GA 30303-1100

Kevin Grindlay
Burrow & Associates, LLC
Bldg. A Suite 100
2280 Satellite Blvd
Duluth, GA 30097-5000

IH3 Property Georgia
C/O Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092-2865

IH3 Property Georgia
C/O Ryan LLC
P.O. Box 4900
Scottsdale, AZ 85261-4900

IH3 Property Georgia LP
The Totten Firm
5579 Chamblee-Dunwoody Rd
Ste B-136
Atlanta, GA 30350 United States 30338-4154

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Mark & Wendy Sheldon
73 Old Burnt Hickory Rd.
Acworth, GA 30101-8691

Shani Talibah McShay
113 Fayett Ct
Dallas, GA 30157

Midland Credit Management
8875 Aero Drive
Suite 200
San Diego, CA 92123-2255

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

NetCredit
NetCredit Customer Support Team, Attn: B
175 W. Jackson Blvd., Suite 600
Chicago, IL 60604-2948

Online Collections
Attn: Bankruptcy
Po Box 1489
Winterville, NC 28590-1489

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303-1100

(p)TMX FINANCE LLC FORMERLY TITLEMAX
15 BULL STREET
SUITE 200
SAVANNAH GA 31401-2686

Titlemax of Georgia, Inc.
2312 E Trinity Mills Rd, Ste 100
Carrollton TX 75006-1955

Matthew Franklin Totten
The Totten Firm, LLC
5579 Chamblee Dunwoody Rd
Ste B-136
Atlanta, GA 30338-4154

Transworld System Inc
Attn: Bankruptcy
Po Box 15618
Wilmington, DE 19850-5618

US Department of Education
P O Box 16448
St Paul, MN  55116-0448

USAA Federal Savings Bank
Attn: Bankruptcy
9800 Fredericksburg Road
San Antonio, TX 78288-0002

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309


Michael B. Weinstein
Weinstein & Black, LLC
3050 Amwiler Road, Suite 200-C
Atlanta, GA 30360-2835

Wells Fargo Bank NA
Attn: Bankruptcy
P.O.Box 393
Minneapolis, MN 55480-0393

Wells Fargo Bank, N.A., Wells Fargo Card Ser
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


1st Franklin
Attn: Bankruptcy
135 E. Tugalo Street
Toccoa, GA 30577

Georgia Department of Revenue
Bankruptcy
2595 Century Parkway NE, Suite 339
Atlanta, GA 30345

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541


(d)Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

TitleMax
15 Bull Street
Suite 200
Savannah, GA 31401


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)AmeriCredit Financial Services, Inc. dba G
P O Box 183853
Arlington, TX 76096-3853

End of Label Matrix
Mailable recipients    35
Bypassed recipients     1
Total                  36