

**IT IS ORDERED as set forth below:**

**Date: June 22, 2026**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE:<br>Shani Talibah McShay<br><br>**Debtor(s)**.<br><br>IH3 Property Georgia LP<br><br>**Movant**<br><br>v.<br><br>Shani Talibah McShay, Debtor(s),<br>K. Edward Safir, Trustee<br>**Respondents**. | CASE NO. 25-41593-bem<br>CHAPTER 13<br><br>Judge Barbara Ellis-Monro<br><br>CONTESTED MATTER |

## ORDER DENYING MOTION FOR RELIEF FROM STAY WITH STRICT COMPLIANCE

This matter came before the Court on Movant's Motion for Relief from Stay [Doc. No. 34], as filed on May 18, 2026. A hearing was scheduled on Movant's Motion on June 10, 2026. Movant and Debtor resolved the Motion by evidencing their consent to terms contained herein, as further announced prior to the hearing on the Motion.

1

Movant is a landlord/creditor pursuant to a Residential Lease Agreement dated October 2, 2024 at a rate of $2140.00 per month, plus utilities as-incurred and fees accruing thereunder (hereinafter, the "Lease"). The Lease is executed by Shani Talibah McShay, relative to certain property known as 113 Fate Ct, Dallas GA 30157, (hereinafter, the "Property"). A true and correct copy of the Lease was attached to the Motion and incorporated herein by reference.

The Debtor failed to timely remit rent under the terms of the Lease for non-payment of rent in the amount of $2606.34, including a post-filing default for failure to pay rent, plus utilities as-incurred and fees accruing thereunder, for the month(s) of May 2026; as a result, Movant sought relief from the automatic stay.

Debtor desires to remain in possession of the Property and to otherwise abide by the terms and obligations of the Lease. Therefore, the Court orders as follows:

**IT IS HEREBY ORDERED** that the Motion for Relief from Stay with respect to the Property as to the Debtor is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

**IT IS FURTHER ORDERED** that the post-petition arrearage through June 2026 totals $2,683.85, representing rent, plus utilities as-incurred and fees accruing thereunder. This arrearage shall be paid as follows: in full by June 29, 2026.

**IT IS FURTHER ORDERED** that the post-petition amount owing for July 2026, representing rent, plus utilities as-incurred and fees accruing thereunder will be paid as follows: in full by July 15, 2026.

2

**IT IS FURTHER ORDERED** that the post-petition amount owing for August 2026, representing rent, plus utilities as-incurred and fees accruing thereunder will be paid as follows: in full by August 3, 2026.

**IT IS FURTHER ORDERED** that all payments tendered by Debtor to Movant shall be made in certified funds. Payments must be received at Movant's office, as located at 8601 Dunwoody Pl, Suite 520, Sandy Springs GA or to such address as may be later designated in writing. Failure to tender the above-described payment shall entitle Movant to an order lifting the stay to allow it to pursue its state law remedies as to Debtor and the Property upon a sworn affidavit of Movant's counsel without further hearing.

**IT IS FURTHER ORDERED** that Debtor will resume strict compliance with the Lease, including as to the monthly rental payments and utilities due thereunder beginning September 2026. Should Debtor default on the payments of the payments referenced above and/or the regular rental payments which come due according to the Lease through September 29, 2026, then upon notice of default sent by first class mail to Debtor to the respective addresses that appear on the attached distribution list, and to Debtor's attorney to the designated email address as maintained with the CM/ECF system and failure to cure such default within five (5) days from the date of receipt of such notice by sending payment to such address that Movant directs in its Notice of Default, Movant may file a motion and affidavit of default with the Court, with service upon Debtor and Debtor's attorney, and the Court may enter an Order lifting the automatic stay under §§362(a),(d) without further notice or hearing.

**[END OF DOCUMENT]**

3

Consented to by:                              Consented to by:


<u>/s/ Matthew F. Totten</u>                        <u>/s/ Kevin Grindlay (w/ exp perm)</u>
Matthew F. Totten                             Kevin Grindlay
GA Bar No. 798589                             GA Bar No. 350009
THE TOTTEN FIRM, LLC                          Burrow & Associates, LLC
5579 Chamblee-Dunwoody Rd                      Building A, Suite 100
Ste B-136                                     2280 Satellite Blvd.
Atlanta, GA 30338                             Duluth, GA 30097
*Attorney for Movant*                           *Attorneys for Debtor*


                                              Seen and No Opposition:


                                               <u>/s/ Brandi L. Kirkland (w exp perm)</u>
                                              Brandi L. Kirkland
                                              GA Bar No. 423627
                                              Office of K. Edward Safir
                                              Standing Chapter 13 Trustee
                                              Suite 1600
                                              285 Peachtree Center Ave. NE
                                              Atlanta, GA 3030

4

Distribution List:

Burrow & Associates, LLC
Building A, Suite 100
2280 Satellite Blvd.
Duluth, GA 30097
*Counsel for Debtor*

Matthew F. Totten
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd
Ste B-136
Atlanta, GA 30338
*Counsel for Movant*

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303
*Trustee*

Shani Talibah McShay, Debtor
113 Fate Ct
Dallas GA 30157

United States Bankruptcy Court

Northern District of Georgia

In re:

Shani Talibah McShay

     Debtor

Case No. 25-41593-bem

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 113E-6 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 22, 2026 | Form ID: pdf401 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Shani Talibah McShay, 113 Fayett Ct, Dallas, GA 30157 |
| | + | Burrow & Associates, LLC, Building A, Suite 100, 2280 Satellite Blvd., Duluth, GA 30097-5000 |
| | + | Matthew F. Totten, THE TOTTEN FIRM, LLC, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30338-4154 |
| | + | Shani Talibah McShay, 113 Fate Ct, Dallas GA 30157-7471 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: ebn@atlch13tt.com | Jun 22 2026 22:09:00 | K.Edward Safir, Standing Chapter 13 Trustee, Suite 1600, 285 Peachtree Center Ave. NE, Atlanta, GA 30303-1100 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2026          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| K. Edward Safir | info@atlch13tt.com |
| Kevin Grindlay | on behalf of Debtor Shani Talibah McShay kevin.grindlay@legalatlanta.com |

District/off: 113E-6                          User: bncadmin                                    Page 2 of 2
Date Rcvd: Jun 22, 2026                       Form ID: pdf401                                    Total Noticed: 5

Matthew Franklin Totten
                      on behalf of Creditor IH3 Property Georgia LP mft@tottenfirm.com  jet@tottenfirm.com,mtots@recap.email

Michael B. Weinstein
                      on behalf of Attorney Fareed  LLC mike@wblegal.net

Michael F. Burrow
                      on behalf of Debtor Shani Talibah McShay court@legalatlanta.com
                      burrowlaw4812@gmail.com;BurrowDR76543@notify.bestcase.com

Sonya Buckley Gordon
                      on behalf of Trustee K. Edward Safir courtdailysummary@atlch13tt.com


TOTAL: 6