**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

**Rome Division**

In    Debtor(s)
Re:    **Shani Talibah McShay**
113 Fayett Ct
Dallas, GA 30157

**xxx–xx–7331**

Case No.: **25–41593–bem**
Chapter: **13**
Judge: **Barbara Ellis–Monro**

# ORDER CONFIRMING PLAN

The Chapter 13 Plan of Debtor or Debtors (hereinafter "Debtor") has been transmitted to all creditors. Debtor's plan, or plan as modified, satisfies the requirements of 11 U.S.C. § 1325.

Accordingly, it is ORDERED that

(1) The Chapter 13 plan is confirmed;

(2) Property of the estate shall not revest in Debtor until the earlier of discharge of Debtor, dismissal of the case, or closing of case without the entry of a discharge, unless the Court orders otherwise;

(3) A creditor must have a proof of claim filed with the Clerk of Court in order to receive a distribution under this plan, without regard to any other provision of the plan; and

(4) Attorney fees for Debtor's counsel provided for in the Chapter 13 plan and disclosed in the disclosure statement required by Federal Rule of Bankruptcy Procedure 2016(b) are allowed as an administrative expense, subject to disgorgement or disallowance upon request of any party in interest or *sua sponte* by the Court.

(5) Unless the Court orders otherwise, if the amount of a creditor's secured claim is listed in § 3.2 of the plan as having no value (i.e., is zero), the lien securing that claim will terminate and be released by the creditor without further order, effective upon entry of discharge or an order closing the case without discharge. If the case is dismissed or converted to chapter 7, no such lien shall be affected by this Order in accordance with 11 U.S.C. §§ 349(b)(1)(C) or 348(f)(1)(B), as applicable.

(6) Unless the Court orders otherwise, if a claim is listed in § 3.2 of the plan as having value, the lien securing that claim will terminate and be released by the creditor without further order in accordance with § 3.2 of the plan. If the case is dismissed or converted to chapter 7, no such lien shall be affected by this Order in accordance with 11 U.S.C. §§ 349(b)(1)(C) or 348(f)(1)(B), as applicable.

(7) Unless the Court orders otherwise, if § 3.4 of the plan provides that a judicial lien or a nonpossessory, nonpurchase money security interest is avoided as of the entry of the order confirming the plan, such avoidance is subject to 11 U.S.C. §§ 349 and 522(c) if the case is dismissed.

(8) Because no party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. § 521(i)(2) and because the parties in interest should not be subjected to any uncertainty as to whether this case is subject to automatic dismissal under § 521(i)(1), Debtor is not required to file any further document pursuant to § 521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under § 521(i)(1). This does not prevent any party in interest from requesting by motion that Debtor supply further information described in § 521(a)(1)(B), and this does not prevent the Chapter 13 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest.

**IT IS SO ORDERED.**

Dated:   July 20, 2026

New Form 132

Barbara Ellis–Monro
United States Bankruptcy Judge

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                  Case No. 25-41593-bem

Shani Talibah McShay                                                                    Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-6                          User: bncadmin                            Page 1 of 3

Date Rcvd: Jul 20, 2026                       Form ID: 132                              Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Shani Talibah McShay, 113 Fayett Ct, Dallas, GA 30157 |
| aty | + | Fareed, LLC, Weinstein & Black, LLC, 3050 Amwiler Rd., Ste 200-C, Atlanta, GA 30360, UNITED STATES 30360-2835 |
| cr | + | IH3 Property Georgia LP, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350 UNITED STATES 30338-4154 |
| 25519370 | + | Fareed LLC, 2345 Greythorne Commons, Douglasville, GA 30135-8104 |
| 25852863 | + | IH3 Property Georgia, C/O Ryan LLC, P.O. Box 4900, Scottsdale, AZ 85261-4900 |
| 25852864 | + | IH3 Property Georgia, C/O Corporation Service Company, 2 Sun Court, Suite 400, Peachtree Corners, GA 30092-2865 |
| 25519375 | + | Mark & Wendy Sheldon, 73 Old Burnt Hickory Rd., Acworth, GA 30101-8691 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 25519366 | | Email/Text: bankruptcy@1ffc.com | Jul 20 2026 20:45:00 | 1st Franklin, Attn: Bankruptcy, 135 E. Tugalo Street, Toccoa, GA 30577 |
| 25603053 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 20 2026 20:44:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 25519367 | + | Email/Text: compliance@contractcallers.com | Jul 20 2026 20:45:00 | CCI/Contract Callers Inc, Attn: Bankruptcy Dept, 501 Greene St, 3rd Floor, Suite 302, Augusta, GA 30901-4415 |
| 25519368 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 20 2026 20:44:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 25519369 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 20 2026 20:44:00 | Department of Education, P. O. Box 740283, Atlanta, GA 30374-0283 |
| 25519371 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 20 2026 20:52:34 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 25519372 | | Email/Text: brnotices@dor.ga.gov | Jul 20 2026 20:44:00 | Georgia Department of Revenue, Bankruptcy, 2595 Century Parkway NE, Suite 339, Atlanta, GA 30345 |
| 25519373 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 20 2026 20:44:00 | GM Financial, Attn Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 25519374 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 20 2026 20:43:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 25519376 | | Email/Text: bankruptcydpt@mcmcg.com | Jul 20 2026 20:44:00 | Midland Credit Management, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 25604272 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 20 2026 20:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 25519377 | + | Email/Text: netcreditbnc@enova.com | Jul 20 2026 20:45:00 | NetCredit, NetCredit Customer Support Team, Attn: B, 175 W. Jackson Blvd., Suite 600, Chicago, IL 60604-2948 |
| 25519378 | + | Email/Text: bankruptcy@onlineis.com | Jul 20 2026 20:45:00 | Online Collections, Attn: Bankruptcy, Po Box |

District/off: 113E-6 | User: bncadmin | Page 2 of 3
Date Rcvd: Jul 20, 2026 | Form ID: 132 | Total Noticed: 30

| | | | |
|---|---|---|---|
| | | | 1489, Winterville, NC 28590-1489 |
| 25601661 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2026 20:52:36 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 25519379 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 20 2026 20:52:26 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 25519380 | Email/Text: bkinfo@ccfi.com | Jul 20 2026 20:45:00 | TitleMax, 15 Bull Street, Suite 200, Savannah, GA 31401 |
| 25523160 | + Email/Text: bkinfo@ccfi.com | Jul 20 2026 20:45:00 | Titlemax of Georgia, Inc., 2312 E Trinity Mills Rd, Ste 100, Carrollton TX 75006-1955 |
| 25519381 | + Email/Text: bankruptcydepartment@tsico.com | Jul 20 2026 20:45:00 | Transworld System Inc, Attn: Bankruptcy, Po Box 15618, Wilmington, DE 19850-5618 |
| 25817696 | Email/Text: EDBKNotices@ecmc.org | Jul 20 2026 20:42:00 | US Department of Education, P O Box 16448, St Paul, MN 55116-0448 |
| 25519382 | + Email/Text: bkelectronicnotices@usaa.com | Jul 20 2026 20:42:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Road, San Antonio, TX 78288-0002 |
| 25521415 | Email/Text: USAGAN.Bankruptcy@usdoj.gov | Jul 20 2026 20:44:00 | United States Attorney, Northern District of Georgia, 75 Ted Turner Drive SW, Suite 600, Atlanta GA 30303-3309 |
| 25519383 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Jul 20 2026 20:52:25 | Wells Fargo Bank NA, Attn: Bankruptcy, P.O.Box 393, Minneapolis, MN 55480-0393 |
| 25602870 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Jul 20 2026 20:52:34 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | AmeriCredit Financial Services, Inc. DBA GM Financ, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2026 | Signature: | /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| K. Edward Safir | |

District/off: 113E-6

User: bncadmin

Page 3 of 3

Date Rcvd: Jul 20, 2026

Form ID: 132

Total Noticed: 30

info@atlch13tt.com

Kevin Grindlay

on behalf of Debtor Shani Talibah McShay kevin.grindlay@legalatlanta.com

Matthew Franklin Totten

on behalf of Creditor IH3 Property Georgia LP mft@tottenfirm.com  jet@tottenfirm.com,mtots@recap.email

Michael B. Weinstein

on behalf of Attorney Fareed  LLC mike@wblegal.net

Michael F. Burrow

on behalf of Debtor Shani Talibah McShay court@legalatlanta.com
burrowlaw4812@gmail.com;BurrowDR76543@notify.bestcase.com

Sonya Buckley Gordon

on behalf of Trustee K. Edward Safir courtdailysummary@atlch13tt.com


TOTAL: 6