

**IT IS ORDERED as set forth below:**

**Date: July 24, 2026**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| SHANI TALIBAH MCSHAY, | ) | |
| | ) | CASE NO. 25-41593-BEM |
| Debtor. | ) | |

**ORDER ON MOTION TO SELL**

On June 10, 2026, Debtor filed a _Motion to Sell_ seeking an order that retroactively approves and ratifies the May 17, 2026, sale of her 2005 Jaguar X-Type to Innis Shannon and also the retention of sale proceeds by Debtor (the "Motion") (Doc. No. 38). A notice of the opportunity to object and for hearing was provided pursuant to Fifth Amended and Restated General Order 24-2018 establishing a deadline of July 1, 2026, plus three days for mail delivery, to file a response or objection to the Objection and setting a hearing for July 15, 2026, if a response or objection is filed. No objection to the Motion was filed prior to the objection deadline. The Court has considered the Motion and all other matters of record, including the lack of objection thereto and based on the foregoing, no further notice or hearing is required. The Court finds that good cause exists to grant the relief requested in the Motion; therefore, based on all matters of record, it is hereby

**ORDERED** that the Debtor's Motion to Sell is **GRANTED,** retroactively approving and ratifying Debtor's sale of her 2005 Jaguar X-Type to Innis Shannon for $800.00 and also Debtor's retention of those funds to reimburse her mother $673.00 and to use the remaining $127.00 on gas, shampoo, food, and items from a beauty supply store.

[END OF DOCUMENT]


PREPARED BY:
BURROW & ASSOCIATES, LLC


_____/s/_____
Kevin Grindlay
Attorney for the Debtor
Georgia Bar No. 350009
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
bankruptcy@legalatlanta.com


NO OPPOSITION:


_____/s/_____
Sonya Buckley Gordon, Staff Attorney, *with express permission*
Georgia Bar No. 140987
Office of the Standing Chapter 13 Trustee, K. Edward Safir
Suite 1600
285 Peachtree Center Ave NE
Atlanta, GA 30303
404-525-1110


DISTRIBUTION LIST

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave NE
Atlanta, GA 30303

Shani Talibah McShay
113 Fate Ct
Dallas, GA  30157

Burrow & Associates, LLC
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097