

**IT IS ORDERED as set forth below:**

**Date: July 24, 2026**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| SHANI TALIBAH MCSHAY, | ) | |
| | ) | CASE NO. 25-41593-BEM |
| Debtor. | ) | |

## ORDER ON MOTION TO SELL

On June 10, 2026, Debtor filed a *Motion to Sell* seeking an order that retroactively approves and ratifies the May 17, 2026, sale of her 2005 Jaguar X-Type to Innis Shannon and also the retention of sale proceeds by Debtor (the "Motion") (Doc. No. 38). A notice of the opportunity to object and for hearing was provided pursuant to Fifth Amended and Restated General Order 24-2018 establishing a deadline of July 1, 2026, plus three days for mail delivery, to file a response or objection to the Objection and setting a hearing for July 15, 2026, if a response or objection is filed. No objection to the Motion was filed prior to the objection deadline. The Court has considered the Motion and all other matters of record, including the lack of objection thereto and based on the foregoing, no further notice or hearing is required. The Court finds that good cause exists to grant the relief requested in the Motion; therefore, based on all matters of record, it is hereby

**ORDERED** that the Debtor's Motion to Sell is **GRANTED,** retroactively approving and ratifying Debtor's sale of her 2005 Jaguar X-Type to Innis Shannon for $800.00 and also Debtor's retention of those funds to reimburse her mother $673.00 and to use the remaining $127.00 on gas, shampoo, food, and items from a beauty supply store.

[END OF DOCUMENT]

PREPARED BY:
BURROW & ASSOCIATES, LLC


_____/s/_____
Kevin Grindlay
Attorney for the Debtor
Georgia Bar No. 350009
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097
(678) 942-8640
bankruptcy@legalatlanta.com


NO OPPOSITION:


_____/s/_____
Sonya Buckley Gordon, Staff Attorney, *with express permission*
Georgia Bar No. 140987
Office of the Standing Chapter 13 Trustee, K. Edward Safir
Suite 1600
285 Peachtree Center Ave NE
Atlanta, GA 30303
404-525-1110


DISTRIBUTION LIST

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave NE
Atlanta, GA 30303

Shani Talibah McShay
113 Fate Ct
Dallas, GA  30157

Burrow & Associates, LLC
2280 Satellite Blvd.
Bldg. A, Suite 100
Duluth, Georgia 30097

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                                 Case No. 25-41593-bem

Shani Talibah McShay                                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-6                          User: bncadmin                                          Page 1 of 2

Date Rcvd: Jul 24, 2026                       Form ID: pdf649                                         Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

**Recip ID           Recipient Name and Address**
db                   Shani Talibah McShay, 113 Fayett Ct, Dallas, GA 30157
       +             Burrow & Associates, LLC, 2280 Satellite Blvd., Bldg. A, Suite 100, Duluth, Georgia 30097-5000
       +             Shani Talibah McShay, 113 Fate Ct, Dallas, GA 30157-7471

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
|  | + Email/Text: ebn@atlch13tt.com |  |  |
|  |  | Jul 24 2026 20:58:00 | K. Edward Safir, Standing Chapter 13 Trustee, Suite 1600, 285 Peachtree Center Ave NE, Atlanta, GA 30303-1100 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026                                Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:**

**Name                      Email Address**

K. Edward Safir
                           info@atlch13tt.com

Kevin Grindlay
                           on behalf of Debtor Shani Talibah McShay kevin.grindlay@legalatlanta.com

Matthew Franklin Totten
                           on behalf of Creditor IH3 Property Georgia LP mft@tottenfirm.com  jet@tottenfirm.com,mtots@recap.email

District/off: 113E-6                           User: bncadmin                              Page 2 of 2
Date Rcvd: Jul 24, 2026                        Form ID: pdf649                             Total Noticed: 4

Michael B. Weinstein
                         on behalf of Attorney Fareed  LLC mike@wblegal.net

Michael F. Burrow
                         on behalf of Debtor Shani Talibah McShay court@legalatlanta.com
                         burrowlaw4812@gmail.com;BurrowDR76543@notify.bestcase.com

Sonya Buckley Gordon
                         on behalf of Trustee K. Edward Safir courtdailysummary@atlch13tt.com


TOTAL: 6